IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
2015 DEC -7  P 3:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. |
| ) | 5:15-CR-399-KOB-JHE |
| AMTEC CORPORATION ) | |

## INFORMATION

**COUNT ONE:** [18 U.S.C. §§ 1001(a)(2)]

The United States charges:

That on or about December 9, 2010, in Madison County, within the Northern District of Alabama, the defendant,

**AMTEC CORPORATION,**

did knowingly and willfully make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Air Force, a department or agency of the United States, in that, AMTEC Corporation, did submit claims for payment which were false because they requested payment from the United States Air Force for work completed thereby affirming that the work has been completed according to the terms of contract FA8650-010-M-2113 and certifications therein, when in truth and in fact as the defendant well knew, AMTEC Corporation had falsified previous

certifications and had not complied with contract FA8650-010-M-2113, in violation of Title 18, United States Code, Section 1001(a)(2).

JOYCE WHITE VANCE<br>
*United States Attorney*<br>
<br>
DAVID H. ESTES<br>
Assistant United States Attorney